## Mizener's Estate (No. 2).

OPINION BY HENDERSON, J., July 17, 1919:

It was agreed by the counsel for the respective litigants that the decision in this case should follow that given in the appeal in Mizener Estate, No. 120, April Term, 1919, in this court. An opinion having this day been handed down modifying the decree of the orphans' court, a similar decree is entered in this case.

NOTE.—Identical orders were made in five other appeals taken by parties in interest.